United States District Court
Southern District of Texas
**ENTERED**
March 04, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALVADOR SEGOVIA, JR. | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-21-4186 |
| | § | |
| HS BUSINESS, INC. | § | |

### ORDER OF DISMISSAL

In accordance with Notice of Voluntary Dismissal without Prejudice filed on March 1, 2022 (Doc. No. 8), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this ___4___ day of March 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE