United States District Court
Southern District of Texas
**ENTERED**
March 18, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALVADOR SEGOVIA, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-04186 |
| | § | |
| HS BUSINESS SERVICES, LLC and | § | |
| HS BUSINESS, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is a Motion for Reconsideration (Doc. No. 11) filed by Plaintiff Salvador Segovia, Jr. ("Plaintiff"). Plaintiff filed his original complaint on December 28, 2021, naming HS Business Services, LLC as the sole defendant. (Doc. No. 1). Plaintiff then discovered that he had named the incorrect defendant. To correct this error, Plaintiff filed his amended complaint on March 1, 2022, naming HS Business, Inc. as the sole defendant. (Doc. No. 6). Plaintiff then filed a Notice of Voluntary Dismissal of Defendant HS Business Services, LLC. (Doc. No. 8). Instead of dismissing HS Business Services, LLC, the Court erroneously entered an order dismissing the case in its entirety. (Doc. No. 10).

In light of this error, Plaintiff's Motion for Reconsideration (Doc. No. 11) is **GRANTED**. The case is reopened, and Plaintiff's claims against HS Business, Inc. are hereby **REINSTATED**. It is further **ORDERED** that HS Business Services, LLC is dismissed as a defendant.

Signed at Houston, Texas, this 18 day of March, 2022.

Andrew S. Hanen
United States District Judge